**Hon. James L. Robart**

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>vs. )<br>)<br>STEVEN ROSE )<br>)<br>    Defendants. )<br>)<br>)<br>_____ ) | **NO. CR 05-0429 JLR**<br><br>**ORDER TO CONTINUE PRE-TRIAL MOTIONS DEADLINE AND TRIAL DATE.** |

ORDER OF THE COURT

This matter having come before the Court on the Defendant's Motion to Continue the Pre-Trial Motions Deadline from December 29, 2005 to March 2, 2006, and to continue the trial date from February 14, 2006 to April 17, 2006, and the Court having considered the arguments presented by all parties, together with the balance of the records and files herein, This Court now finds as follows:

The defendant has been indicted on one count of Conspiracy to Distribute Cocaine. He faces a mandatory minimum of 10 years in prison with a maximum of life in prison.

ORDER OF THE COURT - 1

Jesse Cantor,# 26736
RIOS CANTOR, P.S.
ATTORNEYS AT LAW
811 FIRST AVE, SUITE 200
SEATTLE, WA 98104
(206) 749-5600

The discovery provided to the defense thus far is significantly voluminous and it is necessary for the defense to thoroughly review the discovery with the defendant in order to prepare an effective defense.  The current motions cut-off date is December 29, 2005, and the current trial date is February 14, 2006.

The new proposed dates of March 2, 2006, for the motions cut-off deadline, and April 17, 2006, for the trial date, do not appear to prejudice any party, including the Government.  Additionally, the proposed dates appear to serve the interests of justice.  The defendant is in agreement with the proposed dates as he has signed a speedy trial waiver through May 1, 2006.  Finally, the Government does not oppose the Defendant's Motion.

Accordingly, IT IS HEREBY ORDERED THAT:

The Pre-Trial Motions Cut-Off date shall be extended to March 2, 2006, with a new trial date of April 17, 2006.

SO ORDERED ON THIS 29th DAY OF December, 2005.

s/James L. Robart
_____
Hon. James L. Robart
U.S. District Court Judge

Presented By:

s/ Jesse Cantor_____
Jesse Cantor
Attorney for the Defendant

ORDER OF THE COURT  - 2

Jesse Cantor,# 26736
RIOS CANTOR, P.S.
ATTORNEYS AT LAW
811 FIRST AVE, SUITE 200
SEATTLE, WA 98104
(206) 749-5600